## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| DUANE MORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-450-JVB-JEM |
| | ) | |
| THE GIVING DAYS FOUNDATION, INC., | ) | |
| also known as, THE GIVING DAYS | ) | |
| FOUNDATION CITY OF ORANGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER GRANTING DEFAULT JUDGMENT AND JUDGMENT

**THIS CAUSE** having come before the Court to consider Plaintiff's, DUANE MORTON Motion for Default Judgment against Defendant, THE GIVING DAYS FOUNDATION, INC., also known as, THE GIVING DAYS FOUNDATION CITY OF ORANGE, and upon consideration and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Default Judgment is granted and it is **FURTHER ORDERED** that Plaintiff, DUANE MORTON, recover from Defendant, THE GIVING DAYS FOUNDATION, INC., also known as, THE GIVING DAYS FOUNDATION CITY OF ORANGE, the amount of **$30,000.**

**IT IS FURTHER ORDERED** that this Judgment is a final judgment.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SO ORDERED on August 30, 2019.

   s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE
