AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DUANE MORTON,

        Plaintiff,

    v.              **Civil Action No.:**  2:18-cv-450 JVB JEM

THE GIVING DAYS FOUNDATION, INC.
also known as
The Giving Days Foundation City of Orange,

        Defendant.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X**  The Plaintiff, Duane Morton, recover from the Defendant, The Giving Days Foundation, Inc., also known as The Giving Days Foundation City of Orange, the amount of Thirty Thousand Dollars ($30,000.00), plus post-judgment interest at the rate of <u>1.75</u> % .

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X**  Other: JUDGMENT is ENTERED in favor of the Plaintiff, Duane Morgan, and against the Defendant, The Giving Days Foundation, Inc., also known as The Giving Days Foundation City of Orange.

This action was (*check one*):

☐  tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge     Joseph S. Van Bokkelen on a Motion for Default Judgment        .

DATE:    September 3, 2019                ROBERT TRGOVICH, CLERK OF COURT

                                                                  By:    s/K. Pflueger
                                                                      Signature of Clerk or Deputy Clerk